# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RODDRICUS CORDELL MAITEN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:19-cv-1036-TFM-MU |
| ) | CRIM. ACT. NO. 1:18-cr-239-TFM-MU |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION AND ORDER

On November 19, 2020, the Magistrate Judge entered a report and recommendation which recommends Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc 46) be denied and the petition dismissed. *See* Doc. 55. No objections were filed. Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation (Doc. 55) is **ADOPTED** as the opinion of the Court. The Motion to Vacate, Set Aside, or Correct (Doc. 46) is **DENIED** and this petition **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 5th day of February, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE