IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODDRICUS CORDELL MAITEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 2:19-cv-1036-TFM-MU |
| | ) | CRIM. ACT. NO. 2:18-cr-239-TFM-MU |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Roddricus Cordell Maiten's request to vacate, set aside or correct his sentence (Doc. 46) pursuant to 28 U.S.C. § 2255 is **DENIED** and his petition is **DISMISSED with prejudice**. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis.*

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 5th day of February, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE